AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| ECLIPSE SPORTSWIRE | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  9:23-cv-80915 |
| GAME OF SILKS, INC., | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GAME OF SILKS, INC.
c/o Daniel Nissanoff (Registered Agent)
5550 Glades Rd.
Suite #532
Boca Raton, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 15, 2023



Angela E. Noble
Clerk of Court

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

SUMMONS